# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NRT TECHNOLOGY CORP. and | ) | |
| NRT TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-804 MN-SRF |
| | ) | |
| EVERI HOLDINGS INC. and | ) | |
| EVERI PAYMENTS INC., | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT 1**

**JOINT STATEMENT OF UNCONTESTED FACTS**

85098665.1

## I.     THE PARTIES

1.      NRT Technologies, Inc. is a corporation organized and existing under the laws of the State of Nevada.

2.      NRT Technologies, Inc. has a principal place of business at 3525 E. Post Road, Las Vegas, Nevada.

3.      NRT Technologies, Inc. does business throughout the United States.

4.      NRT Technology Corp. is a corporation organized and existing under the laws of Canada.

5.      NRT Technology Corp. has its principal place of business at 10 Compass Court, Scarborough, Ontario, Canada.

6.      NRT Technology Corp. does business throughout the United States.

7.      NRT provides cash access solutions for gaming and casino facilities.

8.      Everi Holdings Inc. is a corporation organized and existing under the laws of the State of Delaware.

9.      Everi Holdings Inc. has a principal place of business at 7250 S. Tenaya Way, Suite 100, Las Vegas, Nevada.

10.     Everi Holdings Inc. does business throughout the United States.

11.     Everi Payments Inc. is a corporation organized and existing under the laws of the State of Delaware.

12.     Everi Payments Inc. has a principal place of business at 7250 S. Tenaya Way, Suite 100, Las Vegas, Nevada.

13.     Everi Payments Inc. does business throughout the United States.

14.     Everi Holdings Inc. was formerly known as Global Cash Access Holdings, Inc.

15.     Everi Holdings Inc. changed its name from Global Cash Access Holdings, Inc. on or around August 24, 2015.

16.     Everi Payments Inc. was formerly known as Global Cash Access, Inc.

17.     Everi Payments Inc. changed its name from Global Cash Access, Inc. on or around August 24, 2015.

85098665.1